# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR ALCARAZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>D. SHINN,<br><br>　　　　Respondent. | Case No. ED CV 17-2286 SVW (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

DATE: May 15, 2018

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE