# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR ALCARAZ,<br><br>        Petitioner,<br><br>    v.<br><br>D. SHINN,<br><br>        Respondent. | Case No. ED CV 17-2286 SVW (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: May 15, 2018

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE